AO 91  
Rev. 11/97

**ORIGINAL**

## CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SAMUEL PINEDA RIVERA | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>10- **10-0349M** |

Complaint for violation of Title 18, United States Code, Section 1073; Flight to Avoid Prosecution.

| NAME OF MAGISTRATE JUDGE<br>HONORABLE CARLA WOEHRLE | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|
| November 20, 2008 | Ventura County | |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about November 20, 2008, in Ventura County, within the Central District of California, defendant SAMUEL PINEDA RIVERA moved and traveled in interstate and foreign commerce from Ventura County, California to Sonora, Mexico, with intent to avoid prosecution under the laws of the State of California for a crime which is a felony under the laws of the State of California, in violation of Title 18 United States Code, Section 1073.

FILED
CLERK, U.S. DISTRICT COURT
FEB 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: No.

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>Steve Eidson<br>OFFICIAL TITLE<br>Special Agent - FBI |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE CARLA WOEHRLE | DATE<br>February 18, 2010 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.
NAT: rd      REC: [Detention]

## A F F I D A V I T

I, Steve Eidson, Special Agent of the Federal Bureau of Investigation, United States Department of Justice, being duly sworn, hereby declare:

1. On February 17, 2010, I spoke with Detective Carlton Lance of the Ventura Police Department (VPD) Sexual Assault unit regarding SAMUEL PINEDA RIVERA ("RIVERA"), a fugitive. In addition to our discussions, Detective Lance provided me with documents from VPD's investigative case file. From these sources, I learned the following:

   a. RIVERA was a pastor for a local church when he met Karla Sanchez, who was 11 years old at the time. When Sanchez was 13 years, she and RIVERA began a sexual relationship, which resulted in Sanchez becoming pregnant. Paternity tests later proved that RIVERA was the father of the child.

   b. On 05/07/08, RIVERA was charged in the Superior Court for the County of Ventura, California with a violation of section 288(a) of the California Penal Code; Lewd or Lascivious Act Upon A Child Under 14, a felony in the State of California. On the same date, arrest warrant number 2099331 was issued by Judge Bruce Young for his arrest.

   c. RIVERA was located in New York state and arrested on 08/03/08. He was thereafter extradited back to Ventura County, California and was released on bond on 08/14/08.

2. On February 17, 2010, I spoke with Stephan Miller,

Senior Investigator for Acme Bail Bonds and coordinator of Acme's field investigations, who told me the following:

    a. Miller began working on the case when RIVERA failed to appear as required on 11/20/08. Miller learned from the victim's mother that RIVERA went to Mexico with Sanchez. Miller developed a source who established communication with RIVERA in Mexico.

    b. One of Miller's field agents, Michael Castillo, contacted RIVERA and arranged a meeting with him on February 18, 2010 at a location to be determined in Sonora, Mexico. The purpose of this meeting was to obtain evidence that Acme had met their obligation to locate RIVERA and therefore be excused from the bond.

    3. Based upon the foregoing, I believe that there is probable cause to believe that SAMUEL PINEDA RIVERA has moved and traveled in interstate and foreign commerce from California to the Mexico with the intent to avoid prosecution, in violation of Title 18, United States Code, Section 1073.

                                          */s/ Steve Eidson*
                                          Steve Eidson
                                          Special Agent - FBI

Sworn to before me and subscribed in my presence on this 18th day of February 2010.

*/s/ Carla M. Woehrle*
THE HON. CARLA WOEHRLE
United States Magistrate Judge